

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES E. LOWMAN, ET AL | CIVIL ACTION NO: 10-1603 |
| VERSUS | JUDGE DONALD E. WALTER |
| RICKY WHITAKER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons set forth in the foregoing Memorandum Ruling, the Motions for Summary Judgement filed respectively by Defendants Evergreen Timber Corp., Brady Timber Corp., Jerry Whitaker, and Jerry Whitaker Timber Contractor, LLC [Docs. #106, 108, and 111] are hereby **GRANTED**.

In the alternative, the Motions to Dismiss Plaintiffs claims filed by Evergreen Timber Corp., Brady Timber Corp., Jerry Whitaker and Jerry Whitaker Timber Contractor, LLC [Docs. #120 and 127] are hereby **GRANTED IN THE ALTERNATIVE**.

Plaintiffs claims against Evergreen Timber Corp., Brady Timber Corp., Jerry Whitaker, and Jerry Whitaker Timber Contractor, LLC are hereby **DISMISSED WITH PREJUDICE**.

Because the Court has dismissed these Defendants, their pending Motions to Strike [Doc. #126 and 128] are **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, this 31st day of August, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE